CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFFREY P. MITCHELL (CABN 236225)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone:    (415) 436-7034
> Fax:              (415) 436-7234
> daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 25-00071-CRB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING AND EXCLUDE TIME FROM JUNE 17, 2026 TO JULY 29, 2026 |
| v. | |
| ANDREW TARMIZI BENZON, | |
| Defendants. | |

**STIPULATION**

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Andrew Tarmizi Benson that the status conference scheduled for June 17, 2025 be vacated and reset to July 29, 2026, at 1:30 pm, and that time be excluded under the Speedy Trial Act from June 17, 2026 through July 29, 2026.

The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act, so that defense counsel could continue to prepare, including by reviewing the voluminous discovery that has been produced and to confer with the government about potential resolution. For this reason, the parties stipulate and agree that excluding time until July 29, 2026 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that

STIP. & ORDER TO CONT. & EXTEND TIME
Case No. CR 25-00071-CRB                                    1

the ends of justice served by excluding the time from June 17, 2026 through July 29, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  June 16, 2026

CRAIG H. MISSAKIAN
Acting United States Attorney

_____/s/_____
DANIEL N. KASSABIAN
Assistant United States Attorney


JODI LINKER
Federal Public Defender

_____/s/_____
ELIZABETH M. FALK
Assistant Federal Public Defender
Counsel for Defendant
ANDREW TARMIZI BENSON


## ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from June 17, 2026 through July 29, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 17, 2026 through July 29, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, with the consent of the parties, IT IS HEREBY ORDERED that the time from June 17, 2026 through July 29, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS FURTHER ORDERED that the status conference scheduled for June 17, 2026 be

VACATED and RESET to July 29, 2026 at 1:30 pm.

IT IS SO ORDERED.

DATED: June 17, 2026

HON. CHARLES R. BREYER
United States Senior District Judge

2101-1113-3187, v. 1

STIP. & ORDER TO CONT. & EXTEND TIME
Case No. CR 25-00071-CRB                    3