CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7034
Fax: (415) 436-7234
daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW TARMIZI BENZON,<br><br>Defendants. | NO. CR 25-00071-CRB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING AND EXCLUDE TIME FROM SEPTEMBER 14, 2026 TO NOVEMBER 18, 2026 |

**STIPULATION**

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Andrew Tarmizi Benson that the change of plea hearing scheduled for SEPTEMBER 14, 2025 be vacated and reset to NOVEMBER 18, 2026, at 10 am, and that time be excluded under the Speedy Trial Act from SEPTEMBER 14, 2026 through NOVEMBER 18, 2026.

The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act, so that defense counsel could continue to prepare, including by reviewing the voluminous discovery that has been produced and to confer with the government about potential resolution. For this reason, the parties stipulate and agree that excluding time until NOVEMBER 18, 2026 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and

agree that the ends of justice served by excluding the time from SEPTEMBER 14, 2026 through NOVEMBER 18, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 25, 2026

CRAIG H. MISSAKIAN
Acting United States Attorney

/s/
DANIEL N. KASSABIAN
Assistant United States Attorney

JODI LINKER
Federal Public Defender

/s/
ELIZABETH M. FALK
Assistant Federal Public Defender
Counsel for Defendant
ANDREW TARMIZI BENSON

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from SEPTEMBER 14, 2026 through NOVEMBER 18, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from SEPTEMBER 14, 2026 through NOVEMBER 18, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, with the consent of the parties, IT IS HEREBY ORDERED that the time from SEPTEMBER 14, 2026 through NOVEMBER 18, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS FURTHER ORDERED that the change of plea hearing scheduled for SEPTEMBER 14,

2026 be VACATED and RESET to NOVEMBER 18, 2026 at 10 am.

IT IS SO ORDERED.

DATED: September 16, 2026

HON. CHARLES R. BREYER
United States Senior District Judge

2101-1113-3187, v. 1